| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Roth, Jane R. | 2. Court or Organization<br><br>Third Circuit Court of Appeals | 3. Date of Report<br><br>08/06/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>18316 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Vice President | Friends of the Palisades Library |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Aspen Wye Institute | 7/20-22 | Wye, Maryland | Conference | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | M & T Bank | Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T Bank Checking Acct | A | Interest | J | U | | | | | |
| 2. Wells Fargo Bank Checking | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank Savings | A | Interest | J | T | | | | | |
| 4. TRUST WITH WILM. TRUST (H) | | | | | | | | | |
| 5. Exxon Common Stock | B | Dividend | K | T | | | | | |
| 6. Johnson & Johnson Common | B | Dividend | L | T | | | | | |
| 7. Pepsico Common Stock | A | Dividend | | | Sold (part) | 06/29/18 | K | E | |
| 8. | | | | | Sold | 09/21/18 | J | C | |
| 9. Proctor & Gamble Common | A | Dividend | | | Sold | 11/13/18 | K | E | |
| 10. Minnesota M&M Common (MMM) | B | Dividend | L | T | | | | | |
| 11. Hewlett-Packard Common | A | Dividend | J | T | | | | | |
| 12. DXC Technology | A | Dividend | | | Sold | 08/30/18 | J | A | |
| 13. Perspecta | | None | | | Spinoff (from line 12) | 06/18/18 | J | | |
| 14. | | | | | Sold | 08/20/18 | J | A | |
| 15. HP Inc | A | Dividend | | | Sold | 09/21/18 | K | E | |
| 16. Air Prod & Chem Common | A | Dividend | K | T | | | | | |
| 17. -Ishares - Utilities | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Roth, Jane R. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ishares - MSCI EAFE | C | Dividend | M | T | | | | | |
| 19. -Ishares - Russell 2000 | A | Dividend | K | T | | | | | |
| 20. -Ishares - S&P 500 Growth | C | Dividend | M | T | | | | | |
| 21. -Ishares - S&P 500 Value | D | Dividend | M | T | | | | | |
| 22. -Ishares - Small Cap 600 | A | Dividend | K | T | Buy | 11/28/18 | K | | |
| 23. M & T Corp | | None | | | Spinoff (from line 31) | 08/13/18 | L | | |
| 24. | | | | | Sold | 08/30/18 | L | E | |
| 25. Nuveen Short Dur | A | Interest | L | T | Buy | 09/05/18 | L | | |
| 26. Vanguard MSCI EAFE | B | Dividend | L | T | | | | | |
| 27. Vanguard MSCI Emerging Markets | D | Dividend | M | T | | | | | |
| 28. Victory Integrity Small Cap | A | Dividend | | | Sold | 11/28/18 | K | B | |
| 29. Wilm. Prime Money Market | C | Interest | M | T | | | | | |
| 30. Wilm Large-CapFund | D | Dividend | O | T | | | | | |
| 31. Trust (H) | | | | | | | | | |
| 32. Max Appreciation Fund | B | Dividend | | | Sold | 08/03/18 | L | C | |
| 33. M&T Corp. | B | Dividend | | | Distributed | 08/13/18 | L | E | |
| 34. Wilm Govt Fund | A | Dividend | | | Distributed | 08/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wilm Trust IRA (H) | | | | | | | | | |
| 36. Absolute Strategies | | None | | | Sold | 08/10/18 | M | A | |
| 37. AQR Managed Futures | | None | M | T | | | | | |
| 38. Vanguard Market Neutral | A | Dividend | K | T | | | | | |
| 39. Cambiar Intl Equity Fund | B | Dividend | M | T | | | | | |
| 40. Ishares Core MSCI | B | Dividend | L | T | | | | | |
| 41. Vanguard Dividend Appreciation | C | Dividend | | | Sold | 08/16/18 | M | F | |
| 42. WCM Focused Intl Growth Fund | A | Dividend | M | T | | | | | |
| 43. Vanguard Inflation Protected | B | Dividend | K | T | | | | | |
| 44. Blackrock Strategic | B | Dividend | K | T | Buy (add'l) | 08/21/18 | K | | |
| 45. Riverpark S/T | B | Dividend | L | T | Buy (add'l) | 08/21/18 | K | | |
| 46. BBH Limited Duration Fund | B | Dividend | L | T | Buy (add'l) | 08/21/18 | K | | |
| 47. Guggenheim Duration | B | Dividend | M | T | Buy (add'l) | 08/21/18 | L | | |
| 48. Vanguard Short Term Treasury | B | Dividend | L | T | Buy (add'l) | 08/21/18 | K | | |
| 49. Nuveen Small Cap | B | Dividend | M | T | Buy | 09/27/18 | L | | |
| 50. | | | | | Buy (add'l) | 11/29/18 | K | | |
| 51. Wilmington U.S. Govt Fund W Class | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WTC Roth IRA (H) | | | | | | | | | |
| 53. Absloute Strategies Fund | | None | | | Sold | 08/10/18 | K | A | |
| 54. Ishares Barclays Tips Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/18/18 | J | | |
| 55. Ishares Trust Cohen & Steers Realty Majors Index Fund | A | Dividend | J | T | Buy (add'l) | 01/18/18 | J | | |
| 56. Ishares Core Msci Emerging | B | Dividend | L | T | Buy (add'l) | 08/03/18 | J | | |
| 57. | | | | | Buy (add'l) | 12/06/18 | K | | |
| 58. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 59. Ishares Russell 2000 | A | Dividend | | | Buy | 01/18/18 | J | | |
| 60. | | | | | Sold (part) | 03/29/18 | J | A | |
| 61. | | | | | Sold | 04/03/18 | J | A | |
| 62. Isharees Russell 1000 | A | Dividend | K | T | Buy | 01/18/18 | J | | |
| 63. | | | | | Sold (part) | 01/18/18 | J | A | |
| 64. | | | | | Buy (add'l) | 08/30/18 | J | | |
| 65. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 66. | | | | | Sold (part) | 12/06/18 | J | A | |
| 67. | | | | | Sold (part) | 12/18/18 | J | A | |
| 68. JPMorgan US Small | | None | | | Sold | 01/17/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LSV Value Equity Fund | | None | K | T | Buy (add'l) | 01/17/18 | J | | |
| 70. | | | | | Sold (part) | 08/02/18 | J | A | |
| 71. | | | | | Sold (part) | 08/31/18 | J | A | |
| 72. Meridian Small-Cap | | None | J | T | Sold (part) | 01/17/18 | J | A | |
| 73. | | | | | Sold (part) | 03/29/18 | J | A | |
| 74. | | | | | Sold (part) | 01/02/18 | J | A | |
| 75. | | | | | Sold (part) | 08/31/18 | J | A | |
| 76. SPDR Dow Jones Intl Real Estate | A | Dividend | J | T | Buy (add'l) | 01/18/18 | J | | |
| 77. T Rowe Price Large Cap | A | Dividend | | | Sold (part) | 01/17/18 | J | A | |
| 78. | | | | | Sold | 08/02/18 | K | B | |
| 79. Touchstone Small Cap | | None | | | Sold | 03/16/17 | J | A | |
| 80. Vanguard FTSE Developed Markets | B | Dividend | L | T | Buy (add'l) | 01/18/18 | J | | |
| 81. | | | | | Sold (part) | 06/07/18 | J | A | |
| 82. Victory Integrity | A | Dividend | | | Sold (part) | 01/29/18 | J | A | |
| 83. | | | | | Sold | 04/02/18 | J | A | |
| 84. Ishares Small-Cap | A | Dividend | K | T | Buy (add'l) | 01/18/18 | J | | |
| 85. | | | | | Buy (add'l) | 03/29/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 87. | | | | | | | | | |
| 88.   Nuveen Small Cap | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 89. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 90. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 91. | | | | | Sold (part) | 08/31/18 | J | A | |
| 92.   Harbor Large Cap | A | Dividend | J | T | Buy | 08/02/18 | J | | |
| 93.   AQR Stylle Premia | B | Dividend | K | T | Buy | 08/10/18 | K | | |
| 94.   Wilm Large-Cap Strategy Fund | B | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 95.   Wilm Prime MM Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Lines 31 and 4: The Trust at line 31 was terminated and my share was distributed to me on August 10-13. Line 23, reflects the distribution of the M & T stock from the Trust at line 31 to the Trust at line 4.

Section VII, Line 79, Touchstone Small Cap, was sold on 3/16/2017.

Section VII, Line 72, the entity is called "Morgan Stanley" in the 2017 FDR but is in fact "Meridian Small-cap," as corrected in the 2018 FDR The values are correctly stated in both the 2017 and 2018 FDRs.

Section VII, Line 84, the entity is called "Wilm Small Cap" in the 2017 FDR but is in fact "Ishares Small Cap." as corrected in the 2018 FDR. The values are correctly stated in both the 2017 and 2018 FDRs.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane R. Roth**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544